# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>RANDY DEAN SHEEDER<br><br>*Defendant(s)* | )<br>)<br>) Case No.  3:25-mj-00021<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 23, 2025__ in the county of __Clackamas__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition. |

This criminal complaint is based on these facts:

See attached affidavit of U.S. Marshal Deputy Devin R. Tiger.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Devin R. Tiger, Deputy, U.S. Marshals Service
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __3:30__ a.m./p.m.

Date: __January 24, 2025__

*[signature: Stacie F. Beckerman]*
*Judge's signature*

City and state: __Portland, Oregon__    Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*